UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| STATE OF NEVADA, et al.,<br>　　　*Plaintiffs*,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.<br>　　　*Defendants*. | Case No. 1:16-cv-00407-RC |

## RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Through a computer error during the ECF filing process, this Complaint was inadvertently filed in the Beaumont Division instead of the Sherman Division of the Eastern District of Texas, as originally intended (e.g., the Complaint itself notes that it is to be filed in the Sherman Division). The Complaint in this case has not been served on any opposing party, nor has any opposing party responded to this Complaint. The exact same complaint was immediately correctly filed in the Sherman Division (Case No. 4:16-cv-00731-ALM), where it is being litigated. Accordingly, Plaintiffs are hereby voluntarily dismissing this Complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits dismissal without court order.

<div style="text-align: right;">Respectfully submitted.</div>

| | |
|---|---|
| ADAM PAUL LAXALT<br>Attorney General of Nevada | KEN PAXTON<br>Attorney General of Texas |
| LAWRENCE VANDYKE<br>Solicitor General | JEFFREY C. MATEER<br>First Assistant Attorney General |
| JORDAN T. SMITH<br>Assistant Solicitor General | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| STEVEN G. SHEVORSKI<br>Head of Complex Litigation | /s/ Prerak Shah<br>PRERAK SHAH<br>Senior Counsel to the Attorney General<br>Texas Bar No. 24075053 |
| OFFICE OF THE ATTORNEY GENERAL<br>100 North Carson Street<br>Carson City, Nevada 89701<br>Tel.: (775) 684-1100<br>LVanDyke@ag.nv.gov | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC 001)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697<br>prerak.shah@texasattorneygeneral.gov |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR PLAINTIFFS |

[Additional counsel and Governors listed on next page]

<div style="column-count: 2;">

LUTHER STRANGE
Attorney General
State of Alabama

MARK BRNOVICH
Attorney General
State of Arizona

LESLIE RUTLEDGE
Attorney General
State of Arkansas

SAM OLENS
Attorney General
State of Georgia

GREG ZOELLER
Attorney General
State of Indiana

TERRY E. BRANSTAD
Governor
State of Iowa

DEREK SCHMIDT
Attorney General
State of Kansas

MATTHEW G. BEVIN
Governor
Commonwealth of Kentucky

JEFF LANDRY
Attorney General
State of Louisiana

PAUL LEPAGE
Governor
State of Maine

BILL SCHUETTE
Attorney General
State of Michigan

PHIL BRYANT
Governor
State of Mississippi

DOUG PETERSON
Attorney General
State of Nebraska

SUSANA MARTINEZ
Governor
State of New Mexico

MIKE DEWINE
Attorney General
State of Ohio

SCOTT PRUITT
Attorney General
State of Oklahoma

ALAN WILSON
Attorney General
State of South Carolina

SEAN REYES
Attorney General
State of Utah

BRAD SCHIMEL
Attorney General
State of Wisconsin

</div>